UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. McVEIGH<br><br>Petitioner<br><br>v.<br><br>SAN FRANCISCO JOINT APPRENTICE & TRAINING COMMITTEE<br><br>Respondent. | Case No.: 4:25-cv- 01895<br><br>**ORDER ENLARGING TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: May 22, 2025<br>Hearing Time: 2:00 P.M.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Location: 1301 Clay Street, Oakland CA |

## ORDER

Having considered the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE,

**IT IS HEREBY ORDERED** that the briefing schedule regarding Defendants' Motion to Dismiss for Failure to State a Claim currently scheduled for April 18, 2025 for any response and April 25, 2025 for any reply is extended to April 25, 2025 for any response and May 2, 2025 for any reply.

DATED: 4/17/2025

_____
HONORABLE JUDGE OF THE
FEDERAL COURT